IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CV-1046-BO-KS

| | |
|---|---|
| JERRY DEAN OXENDINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| THE WESTERN & SOUTHERN ) | |
| FINANCIAL GROUP, d/b/a THE ) | |
| WESTERN AND SOUTHERN LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

This cause comes before the Court on defendant's motion to dismiss. [DE 5]. After the filing of the motion to dismiss, plaintiff filed an amended complaint. [DE 13]. Defendant has answered the amended complaint, [DE 14], and has not moved to dismiss the amended complaint.

"Because a properly filed amended complaint supersedes the original one and becomes the operative complaint in the case, it renders the original complaint 'of no effect.'" *Fawzy v. Wauquiez Boats SNC*, 873 F.3d 451, 455 (4th Cir. 2017) (quoting *Young v. City of Mt. Ranier*, 238 F.3d 567, 573 (4th Cir. 2001)). Accordingly, defendant's motion to dismiss the original complaint [DE 5] is DENIED AS MOOT.

SO ORDERED, this 27 day of August 2025.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE